IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL MUELLER and BRITTANY VANBUREN, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 1:24-CV-00050-RP |
| BROADDUS CONSTRUCTION, LLC, BROADDUS & ASSOCIATES, INC., DR. JAMES BROADDUS, and CHRIS DAVIS, | § § § § § § | |
| Defendants. | § § | |

## NOTICE OF SETTLEMENT AND MOTION TO ABATE DEADLINES

Defendants Broaddus Construction, LLC; Broaddus & Associates, Inc; and Dr. James Broaddus (the "Broaddus Defendants"), with permission from all parties, submit this Notice of Settlement and Motion to Abate Deadlines and advise the Court that the Parties have agreed to settle this case. The parties are finalizing an agreement that will resolve all disputes presented in this matter. As such, the Broaddus Defendants respectfully request that the Court enter the attached proposed order, which terminates all deadlines in this case and grants the parties sixty days to finalize the settlement agreement and submit dismissal documents.

Dated: January 30, 2025

Respectfully submitted,

MICHAEL BEST & FRIEDRICH LLP

By: */s/ Eric A. Johnston*
ERIC A. JOHNSTON
Texas State Bar No. 24070009
*eric.johnston@michaelbest.com*
620 Congress Avenue, Suite 200

                                              Austin, Texas 78701
                                              Tel.: (512) 320-0601
                                              Fax: (512) 320-0695

                                              ATTORNEYS FOR DEFENDANTS BROADDUS CONSTRUCTION, LLC, BROADDUS & ASSOCIATES, INC., AND DR. JAMES BROADDUS

Case 1:24-cv-00050-RP   Document 22   Filed 01/30/25   Page 2 of 3

## CERTIFICATE OF CONFERENCE

I hereby certify that on January 30, 2025, I conferred with counsel for Plaintiffs and counsel for Defendant Chris Davis via email. Counsel for Plaintiffs and Mr. Davis indicated that they are unopposed to the relief sought in this motion.

/s/ Eric A. Johnston
Eric A. Johnston

## CERTIFICATE OF SERVICE

I hereby certify, by my signature below, that a true and correct copy of the above and foregoing has been served to the following counsels of record on January 30, 2025:

| | |
|---|---|
| Austin Kaplan | Nicole LeFave |
| Caitlin Boehne | Mindy Wetzel |
| Kaplan Law Firm, PLLC | Littler Mendelson, P.C. |
| 2901 Bee Cave Rd. Ste. G | 100 Congress Avenue Suite 1400 |
| Austin, Texas 78746 | Austin, Texas 78701 |
| 512.553.9390 phone | 512.982.7250 |
| akaplan@kaplanlawatx.com | nlefave@littler.com |
| cboehne@kaplanlawatx.com | mwetzel@littler.com |

/s/ Eric A. Johnston
Eric A. Johnston