### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **MICHAEL MUELLER and BRITTANY VANBUREN,** | § § § § § | |
| **Plaintiffs,** | § § § | |
| **v.** | § § § | **CIVIL ACTION NO. 1:24-CV-00050-RP** |
| **BROADDUS CONSTRUCTION, LLC, BROADDUS & ASSOCIATES, INC., DR. JAMES BROADDUS, and CHRIS DAVIS,** | § § § § § § | |
| **Defendants.** | § § § | |

### PROPOSED ORDER

After review, the Court **GRANTS** Defendants Broaddus Construction, LLC; Broaddus & Associates, Inc; and Dr. James Broaddus's Notice of Settlement and Motion to Abate Deadlines. The Court **ORDERS** that all deadlines in this matter are terminated. The Court further **ORDERS** that the parties in this case submit dismissal documents within **sixty days** of the date of this Order.

SIGNED on _____, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE